IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY R. LEWIS, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 3:15-cv-561 <br> ) JUDGE TRAUGER <br> ) MAGISTRATE JUDGE BROWN |
| MESILLA VALLEY TRANSPORTATION, | ) JURY DEMAND |
| Defendant. | ) |

## NOTICE OF STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs and Defendant stipulate to the voluntary dismissal with prejudice of the Defendant. The parties will be responsible for their own discretionary costs and expenses.

SUBMITTED FOR ENTRY:

/s/ Jeffrey R. Lewis
Jeffrey R. Lewis
628 Paces Ferry Drive
Nashville, TN 37214
(615) 714-5260

DICKINSON WRIGHT PLLC

/s/ Jeffrey M. Beemer
Jeffrey M. Beemer, #17247
Joseph K. McKinney, #30537
Fifth Third Center, Suite 1401
424 Church Street
Nashville, TN 37219
(615) 244-6538
(615) 256-8386 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been sent via hand delivery on May 3, 2017 to:

Jeffrey R. Lewis
628 Paces Ferry Drive
Nashville, TN 37214

      /s/ Jeffrey M. Beemer
      Jeffrey M. Beemer

NASHVILLE 65348-1 599415v1